JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

TYLER M. ALEXANDER (CA 313188)
JENNIFER A. NAJJAR (CO 50494)
EMMA L. HAMILTON (CA 325360)
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEIGHBORS AGAINST BISON SLAUGHTER, et al., | Case No. 1:19-cv-3144-BAH |
| Plaintiffs; | **MOTION TO EXPEDITE CONSIDERATION OF DEFENDANTS' MOTION TO TRANSFER VENUE** |
| v. | |
| THE NATIONAL PARK SERVICE, et al., | |
| Defendants. | Administrative Procedure Act Case, 5 U.S.C. §§ 701 *et seq*. |

Defendants respectfully request this Court expedite consideration of Defendants' Motion to Transfer Venue to the District of Montana, ECF No. 13, and shorten the briefing schedule on that motion. As more fully explained in Defendants' Motion to Transfer Venue, there are strong local interests that will be harmed by the emergency remedy Plaintiffs seek, and there are extensive ties between Plaintiffs, the land at issue, and the Plaintiffs' alleged injuries to the District of Montana. In contrast, there is no nexus to the District of Columbia, save the District's role as the seat of the federal government. This entire case—including Plaintiffs' Motion for a Preliminary Injunction—should be transferred to the District of Columbia.

On October 25, 2019, Defendants' counsel conferred with Plaintiffs' counsel via email and telephone. Plaintiffs stated their position as follows: Plaintiffs' counsel informed Federal Defendants' counsel that Plaintiffs oppose this motion to expedite, but if the Court grants the motion to expedite, Plaintiffs would not oppose Federal Defendants' proposed briefing schedule on the motion to transfer venue.

If the Court grants this motion to expedite, the Parties agreed to the following briefing schedule: Plaintiffs will respond by November 4, 2019 and Defendants will reply, if at all, by November 8, 2019.

For the foregoing reasons, this Court should expedite Defendants Motion to Transfer Venue and adopt the proposed shortened briefing schedule on that motion. A proposed order granting this motion is attached.

Respectfully submitted this 25th day of October, 2019,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Tyler M. Alexander*_____
TYLER M. ALEXANDER
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tele: (202) 305-0238
Fax: (202) 305-0506
tyler.alexander@usdoj.gov

*/s/ Jennifer A. Najjar*_____
JENNIFER A. NAJJAR
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611

Tele: (202) 305-0476
Fax: (202) 305-0506
emma.hamilton@usdoj.gov
*Attorneys for Defendants*

*/s/ Emma L. Hamilton*
EMMA L. HAMILTON
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tele: (202) 305-0479
Fax: (202) 305-0506
emma.hamilton@usdoj.gov
*Attorneys for Defendants*