MATTHEW D. THURLOW, D.C. Bar No. 1008014
Baker & Hostetler LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 861-1681
mthurlow@bakerlaw.com

JARED S. PETTINATO, D.C. Bar No. 496901
Jared Pettinato Law Offices
3416 13th St. NW, #1
Washington, DC 20010
(406) 314-3247
Jared@JaredPettinato.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEIGHBORS AGAINST BISON SLAUGHTER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE NATIONAL PARK SERVICE, et al.,<br><br>    Defendants. | Case No. 1:19-cv-3144-BAH<br><br><br>Chief Judge Beryl A. Howell<br><br><br>PLAINTIFFS' MOTION TO STRIKE, POINTS AND AUTHORITIES IN SUPPORT, AND [PROPOSED] ORDER |

1   Plaintiffs Neighbors Against Bison Slaughter and Bonnie Lynn (Neighbors) move to
2   strike Federal Defendants' declarations and sentences that rely upon them in their Corrected
3   Opp. to Pls.' Mot. For A TRO & Prelim. Inj. (Fed. Defs.' TRO/PI Br.), ECF No. 27-1. Decl. of
4   Timothy C. Reid, ECF No. 25-1; Decl. of Mary C. Erickson, ECF No. 25-3.

5   The Administrative Procedure Act (APA), 5 U.S.C. §§ 701-706, prohibits Federal
6   Defendants from relying on post-decision, extra-record evidence to explain the decisions they
7   made in the 2019 Winter Decision, [2019] Operating Procedures for the [Interagency Bison
8   Management Plan (IBMP)] (Dec. 31, 2018) (2019 Winter Decision), ECF No. 4-12. Federal
9   Defendants use the declarations for no other purpose than to buttress the administrative record.
10  The APA prohibits them from doing so, and no other valid reason exists for Federal Defendants
11  to rely on the declarations. The APA requires the Court to strike the declarations and to strike all
12  sentences that rely upon those declarations in Federal Defendants' TRO/PI Brief.

13  Dated November 5, 2019,

14  MATTHEW D. THURLOW, D.C. Bar No. 1008014
    Baker & Hostetler LLP
15  1050 Connecticut Avenue, NW
    Washington, DC 20036
16  (202) 861-1681
    mthurlow@bakerlaw.com

17

18  _____
    JARED S. PETTINATO, DC Bar No. 496901
19  Jared Pettinato Law Offices
    3416 13th St. NW, # 1
20  Washington, DC 20010
    (406) 314-3247
21  Jared@JaredPettinato.com
    *Attorneys for Plaintiffs*

22

23

*Neighbors Against Bison Slaughter v. Nat'l Park Serv.*, No. 1:19-cv-3144
PLS.' MOT. TO STRIKE                1